# United States District Court
## District of Maryland

05-0473M-01

UNITED STATES OF AMERICA

v.

RUFUS E. ADDISON

WARRANT FOR ARREST FILED AS A DETAINER IN PRINCE WILLIAM COUNTY

FILED AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 03-2489M

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RUFUS E. ADDISON__
                                                                            Name

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with *(brief description of offense)*:

Failure to appear for an Initial Appearance on a violation of probation on July 23, 2004.

in violation of Title __18__ United States Code, Section __3565__

__Felicia C. Cannon__
Name of Issuing Officer

__Clerk, U.S. District Court__
Title of Issuing Officer

__Michele Melendez__
(By) Deputy Clerk

September 14, 2004   Greenbelt, MD
Date and Location

Bail fixed at $ __No recommedation__

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 9·14·04 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8·24·05 | SEAN McLEOD SDUSM | S-BM |

U.S. DISTRICT COURT (Rev 12/1999) - Bench Warrant