U.S. DISTRICT COURT (Rev 5/98)

# United States District Court
## District of Maryland

UNITED STATES OF AMERICA

v.

Rufus E. Addison

SUMMONS IN A CRIMINAL CASE

Case No. 03-2489M

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Hyattsville District Court<br>4990 Rhode Island Avenue, 3rd Floor<br>Hyattsville, MD  20781 | 6 |
| | DATE AND TIME<br>07/23/2004 @ 9:30 AM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☒ Probation Violation Petition

Charging you with a violation of Title ___ United States Code, Section(s) ___
Brief description of offense:

Initial Appearance - Violation of Probation

cc:
Jane Nathan/Hollis Weisman, AUSA
Laura L. Reher, US Probation Officer

| ISSUING OFFICER SIGNATURE | DATE |
|---|---|
| K. Sharon Miller<br>Deputy Clerk<br>*K. Sharon Miller* | 6-22-2004 |

PROB 12
(Rev 3/85)

United States District Court
for
District of Maryland

U.S.A. vs. Rufus Addison　　　　　　　　　　　　　　　　　　　　　　　Docket No  03-2489M

Petition on Probation and Supervised Release

COMES NOW Laura Reber, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Rufus Addison who was placed on supervision for Operating After Suspended by the Honorable Thomas M. DiGirolamo, sitting in the court at Hyattsville, MD, on the 7th day of April, 20004 who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

　　　1) The defendant shall satisfactorily participate in a treatment program approved by probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling and testing as deemed necessary;
　　　2) Victim Impact Panel;
　　　3) The defendant shall perform 100 hours of community service as directed by probation officer within the first year of probation.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS
(If short insert here; if lengthy write on separate sheet and attach)

WHEREAS　　Mr. Addison is in violation of the Statutory Condition which states that the defendant shall refrain from any unlawful use of a controlled substance by submitting to urinalysis on May 4, 2004, positive for codeine, morphine, and hydromorphone

WHEREAS　　Mr. Addison is in violation of special condition of probation SUBSTANCE ABUSE which states the defendant shall satisfactory participate in a treatment program approved by probation officer relating to substance abuse and/or alcohol abuse, which may include evaluation, counseling and testing as deemed necessary by probation officer by failing to resume treatment as directed with Prince George's County Health Department.

WHEREAS　　Mr. Addison is in violation of Probation Condition A. 2 which states The defendant shall not commit any federal, state or local crime by being charged in;

　　　A)　Arlington Virginia on May 14, 2004, with Grand Larceny, case#GC04001923-00, offense occurred on or about May 14, 2004. Trial is scheduled for June 23, 2004.

　　　B)　Fairfax County Virginia issued a warrant for Grand Larceny, case number available at this time. This officer confirmed this active warrant with Fairfax County Police Department. It appears that this charge was initiated on April 29, 2004. This officer spoke with warrant services in Fairfax County on June 4, 2004, and was informed that a statement of charges could not be obtained as the warrant remains outstanding. This officer was informed that the incident involved a Gateway computer stolen from Costco store.

　　　C)　Prince George's County District Court, case# 04E00248238, Theft Over $500. Mr. Addison is scheduled for trial July 2, 2004. This incident occurred on or about May 5, 2004. Statement of charges have been included with this report.

　　　D)　Howard County District Court, case# CT90042343, Theft Over $500. Mr. Addison is scheduled for trial on June 22, 2004. This incident occurred on or about April 26, 2004.

WHEREAS　　Mr. Addison is in violation of standard condition 2, of probation that states the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month by failing to report as directed on June 7, 2004 and June 15, 2004.

WHEREAS　　Mr. Addison is in violation of standard condition 4, that states the defendant shall work regularly at a lawful occupation unless excused by probation officer for schooling, training or other acceptable reasons by failing to provide employment verification since the onset of probation. *Please note that Mr. Addison did not provide employment verification as directed during the presentence investigation although he reported that he is self employed as an electrician.

PRAYING THAT THE COURT WILL ORDER that a hearing be held requiring Rufus E. Addison to appear before this court to show cause why his supervision should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 18th day of
June, 2004 and ordered filed and made a part of the records in the above case

Thomas M. DiGirolamo
U.S. Magistrate Judge

Respectfully,

Laura Reber, Probation Officer

Place　　Greenbelt, Maryland

Date　　June 17, 2004